PROB 12  
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA



FILED  
CLERK, U.S. DISTRICT COURT  
Feb 18, 2021  
CENTRAL DISTRICT OF CALIFORNIA  
BY: ___KT___ DEPUTY

U.S.A. VS. Robert Dwayne Cooper         Docket No.:5:96-CR-00020-DMG-1

**Petition on Probation and Supervised Release (Amendment)**

COMES NOW JEFFREY THOMASON, ACTING CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Robert Dwayne Cooper</u> who was placed on supervision by the Honorable <u>DOLLY M. GEE</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>8th</u> day of <u>August, 2019</u> who fixed the period of supervision at <u>30 months</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **The original term of supervision imposed in this case on September 19, 1996, was revoked on August 8, 2019.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Amend to include additional allegation:

9. Having been ordered by the Court not to commit another federal, state, or local crime, on September 15, 2020, Robert Dwayne Cooper committed the offense of False Imprisonment, in violation of California Penal Code Section 236, a Felony offense, as evidenced by his conviction in the San Bernardino County Superior Court, Case Number FWV20003275.

**PRAYING THAT THE COURT WILL ORDER** this amendment filed.

ORDER OF COURT

Considered and ordered this <u>18th</u> day of <u>Feb.</u>, 20<u>21</u> and ordered filed and made a part of the records in the above case.

_____  
United States District Judge  
HONORABLE DOLLY M. GEE

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on February 18, 2021

ERIC SILES         /S/  
_____  
U. S. Probation & Pretrial Services Officer

Place: Riverside, California