FILED
CLERK, U.S. DISTRICT COURT
APR - 6 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                      )<br>        Plaintiff,   )<br>                      )<br>    vs.               )<br>                      )<br>                      )<br> Robert Dwayne Cooper, )<br>                      )<br>        Defendant.    )<br>_____) | Case No.: EDCR 96-0020-DMG<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central Dist/California</u> for alleged violation(s) of the terms and conditions of (his)/her [probation] [(supervised release)]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>unknown bail resources, apparent ongoing drug</u>

1 <u>abuse, apparent mental-health issues</u>

4 and/or

5 B. (✓) The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on: <u>recent ~~alleged~~ criminal conduct, apparent ongoing</u>
10 <u>substance abuse, apparent mental-health issues, criminal</u>
11 <u>history is lengthy and includes violence</u>

14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: <u>April 6, 2021</u>                /s/ Jean Rosenbluth
18                                                 JEAN ROSENBLUTH
                                                U.S. MAGISTRATE JUDGE