FILED
CLERK, U.S. DISTRICT COURT

JUL 15 2021

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Robert Cooper, <br> Defendant. | Case No.: ED96CR00020-DMG <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation
    (X) information in the violation petition and report(s)
    (X) the defendant's nonobjection to detention at this time
    ( ) other: _____

1

1    and/ or

2  B. (X)  The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18 U.S.C.
5         § 3142(b) or (c). This finding is based on the following:
6         (X)  information in the Pretrial Services Report and Recommendation
7         (X)  information in the violation petition and report(s)
8         (X)  the defendant's nonobjection to detention at this time
9         ( )  other: _____

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.

14  Dated: July 15, 2021                   _____
15                                         SHERI PYM
                                           United States Magistrate Judge

2